UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TREVOR DUANE ROSE,          )
                            )
        Petitioner,         )   Case No. 05-0089-TSZ-JPD
                            )
    v.                      )
                            )
UNITED STATES OF AMERICA,   )   ORDER OF DISMISSAL
                            )
        Respondent.         )
_____)

The Court, having reviewed petitioner's 28 U.S.C. § 2255 motion, all papers and exhibits in support and in opposition to that motion, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2255 motion DENIED, and the application for writ of habeas corpus DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 9th day of August 2005.

THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING
PAGE -1

05-CV-00089-JSR